# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MILES BLASSINGHAM & PAULA BLASSINGHAM          Case Number: 04-75618
1528 - 8TH AVENUE                           SSN-xxx-xx-4751 & xxx-xx-7408
ROCKFORD, IL  61104

                                                          Case filed on:    11/11/2004
                                                          Plan Confirmed on:  2/18/2005
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $42,294.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTY BERNARD NATALE | 2,805.71 | 2,805.71 | 2,805.71 | 0.00 |
| | Total Legal | 2,805.71 | 2,805.71 | 2,805.71 | 0.00 |
| 009 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MILES BLASSINGHAM | 0.00 | 0.00 | 87.50 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 87.50 | 0.00 |
| 001 | US BANK/ELAN RETAIL PMT SOLUTIONS | 8,160.00 | 8,160.00 | 8,160.00 | 512.75 |
| 002 | FORD MOTOR CREDIT CORP | 6,081.40 | 6,081.40 | 6,081.40 | 382.13 |
| 003 | U.S.BANK-CLLO PAYMENTS | 898.12 | 898.12 | 898.12 | 0.00 |
| 004 | WELLS FARGO BANK NA | 5,094.21 | 5,094.21 | 5,094.21 | 0.00 |
| | Total Secured | 20,233.73 | 20,233.73 | 20,233.73 | 894.88 |
| 001 | US BANK/ELAN RETAIL PMT SOLUTIONS | 517.20 | 517.20 | 127.38 | 0.00 |
| 005 | SMC | 803.80 | 803.80 | 197.95 | 0.00 |
| 006 | BONDED COLLECTION CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SHERMAN ACQUISITION DBA | 2,319.22 | 2,319.22 | 571.16 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 1,005.50 | 1,005.50 | 247.62 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PEOPLE'S BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | AFNI/VERIZON | 1,031.02 | 1,031.02 | 253.91 | 0.00 |
| 015 | LVNV FUNDING LLC | 34,209.75 | 34,209.75 | 8,424.85 | 0.00 |
| 016 | NCI PORTFOLIO SERVICES | 22,296.31 | 22,296.31 | 5,490.92 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 505.07 | 505.07 | 124.38 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 380.90 | 380.90 | 93.80 | 0.00 |
| | Total Unsecured | 63,068.77 | 63,068.77 | 15,531.97 | 0.00 |
| | Grand Total: | 86,108.21 | 86,108.21 | 38,658.91 | 894.88 |

Total Paid Claimant:     $39,553.79
Trustee Allowance:       $2,740.71           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    24.63             discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan